UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN KRAMER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY CO.; CUSHMAN & WAKEFIELD, INC.; FPI MANAGEMENT, INC.; RPM LIVING, LLC; BH MANAGEMENT SERVICES, LLC; MIDAMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES, LLC; AVENUE5 RESIDENTIAL, LLC; BOZZUTO MANAGEMENT COMPANY; AVALONBAY COMMUNITIES, INC.; HIGHMARK RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC; ZRS MANAGEMENT, LLC; CAMDEN PROPERTY TRUST; UDR, INC.; CONAM MANAGEMENT CORPORATION; THRIVE COMMUNITIES MANAGEMENT, LLC; SECURITY PROPERTIES INC.; CWS APARTMENT HOMES, LLC; PROMETHEUS REAL ESTATE GROUP; SARES REGIS GROUP OPERATING, INC.; and MISSION ROCK RESIDENTIAL, LLC,

Defendants.

No. 2:23-cv-00198-RSL

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:23-cv-00198-RSL

1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiff Karen Kramer ("Plaintiff") and Defendants RealPage, Inc., Lincoln Property Co., ZRS Management, LLC, Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, MidAmerica Apartment Communities, Inc., Avenue5 Residential, LLC, Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc, Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, Security Properties Inc., CWS Apartment Homes, LLC, Prometheus Real Estate Group, Sares Regis Group Operating, Inc., and Mission Rock Residential, LLC, (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Class Action Complaint (the "Complaint") on February 10, 2023.  ECF No. 1.

WHEREAS, the Stipulating Defendants agreed to waive service in the above-captioned action on or about February 17, 2023 or will waive service.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, Virginia, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

2

deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, similar orders have been entered in other related cases subject to Defendants' MDL Petition, including:  *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Plaintiff and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiff and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

3

the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of March, 2023.

We certify that this memorandum contains 686 words, in compliance with the Local Civil Rules.

/s/ *Steve W. Berman*
Steve W. Berman (WSB No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSB No. 49213)
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

John Radice (*pro hac vice* forthcoming)
Daniel Rubenstein (*pro hac vice* forthcoming)
Eva Kane (*pro hac vice* forthcoming)
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
ekane@radicelawfirm.com
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502

*Counsel for Plaintiff Karen Kramer,*
*Individually and on Behalf of All Others*
*Similarly Situated*

/s/ *Valentine S. Hoy*
Valentine S. Hoy  (*pro hac vice* forthcoming)
Patrick E. Breen (*pro hac vice* forthcoming)
Scott Perlin  (*pro hac vice* forthcoming)
vhoy@allenmatkins.com
pbreen@allenmatkins.com
sperlin@allenmatkins.com
Allen Matkins Leck Gamble Mallory & Natsis LLP
600 West Broadway, 27th Floor
San Diego, California 92101-0903

/s/ *Rachel Tallon Reynolds*
Rachel Tallon Reynolds (WSBA No. 38750)
Rachel.Reynolds@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone:  (206) 436-2020

Todd R. Seelman (*pro hac vice* forthcoming)
Todd.Seelman@lewisbrisbois.com
Thomas L. Dyer (*pro hac vice* forthcoming)
Thomas.Dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln St., Ste. 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Mission Rock*
*Residential, LLC*

/s/ *Judith A. Zahid*
Judith A. Zahid (*pro hac vice* forthcoming)
jzahid@zellelaw.com
Heather T. Rankie (*pro hac vice* forthcoming)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate*
*Group, Inc.*

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4

Telephone: (619) 233-1155

*Counsel for Defendant Sares Regis Group Operating, Inc.*

*/s/ Michael D. Bonanno*
Michael D. Bonanno (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
mikebonanno@quinnemanuel.com
(202) 538-8225

Christopher Daniel Kercher (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
christopherkercher@quinnemanuel.com
(212) 849-7000

*Counsel for Defendant Highmark Residential, LLC*

*/s/ Lynn H. Murray*
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*/s/ Rebecca S. Ashbaugh*
Rebecca S. Ashbaugh, WSBA #38186
bashbaugh@ashbaughbeal.com
ASHBAUGH BEAL LLP
701 5th Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 386-5900

Danny David (*pro hac vice* forthcoming)
danny.david@bakerbotts.com
BAKER BOTTS
910 Louisiana Street
Houston, TX 77002-4995
Telephone: (713) 229-1234

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS
700 K Street, N.W.
Washington, DC 20001-5692
Telephone: (202) 639-7700

*Counsel for Defendant Avenue5 Residential, LLC*

*/s/ David A. Walton*
David A. Walton (*pro hac vice* forthcoming)
Troy Lee (T.J.) Hales (*pro hac vice* forthcoming)
dwalton@bellnunnally.com
thales@bellnunnally.com
Bell Nunnally & Martin, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

*/s/ J. Dino Vasquez*
J. Dino Vasquez (WSBA No. 25533)
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 224-8023

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

5

1

Hunter K. Ahern (WSBA No. 54489)

2

hahern@shb.com
SHOOK HARDY & BACON L.L.P.

3

701 5th Avenue, Suite 6800
Seattle, WA 98104

4

Telephone: (206) 344-7600

5

*Counsel for Defendant Camden Property*

6

*Trust*

7

/s/ Stephen McIntyre
Stephen McIntyre  (*pro hac vice* forthcoming)

8

smcintyre@omm.com
O'Meleny & Myers LLP

9

400 South Hope Street, 18th Floor
Los Angeles, CA 90071

10

Telephone: (213) 430-6000

11

*Counsel for Defendant BH Management*

12

*Services, LLC*

13

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe (WSBA No. 35477)

14

biv@montgomerypurdue.com
Kaya R. Lurie (WSBA No. 51419)

15

klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC

16

701 Fifth Avenue, Suite 5500

17

Seattle, Washington 98104-7096

18

*Counsel for Defendant Thrive Communities*

19

*Management, LLC*

20

/s/Jessica Jensen
Jessica B. Jensen (WSBA No. 29353)

21

jjensen@omwlaw.com
Mary Re Knack (WSBA No. 26945)

22

rknack@omwlaw.com
OGDEN MURPHY WALLACE, PLLC

23

901 5th Ave, Suite 3500

24

Seattle, WA 98164
Telephone: (206) 447-7000

25

Facsimile: (206) 447-0215

26

27

*Counsel for Defendant Security Properties*
*Inc.*

/s/ Jeremy J. Calsyn
Jeremy J. Calsyn (*pro hac vice* forthcoming)
jcalsyn@cgsh.com
Leah Brannon (*pro hac vice* forthcoming)
lbrannon@cgsh.com
Kenneth Reinker (*pro hac vice* forthcoming)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Cushman &*
*Wakefield, Inc.*

/s/ Benjamin R. Nagin
Robin Wechkin (WSBA 24746)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Pl. SE
Issaquah, WA 98027
Telephone: (415) 439-1799

Benjamin Nagin (pro hac vice forthcoming)
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management*
*Corporation*

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

/s/ *Gregory J. Casas*
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*Counsel for Defendant Lincoln Property Co.*

/s/ *Leo D. Caseria*
Leo D. Caseria (*pro hac vice* forthcoming)
lcaseria@sheppardmullin.com
Helen C. Eckert (WSBA No. 52405)
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

/s/ *Arman Oruc*
Arman Oruc  (*pro hac vice* forthcoming)
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone:  (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ *Heidi Bradley*
Heidi Bradley (WSBA No. 35759)
hbradley@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

Darin Sands (WSBA No. 35865)
dsands@bradleybernsteinllp.com
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201

/s/ *Stephen Weissman*
Stephen Weissman (*pro hac vice* forthcoming)
Michael J. Perry (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678
sweissman@gibsondunn.com
mjperry@gibsondunn.com

Daniel G. Swanson (*pro hac vice* forthcoming)
Jay Srinivasan (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430
dswanson@gibsondunn.com
jsrinivasan@gibsondunn.com

Stephen C. Whittaker (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671
cwhittaker@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

7

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1   /s/ James D. Bragdon
    James D. Bragdon  (*pro hac vice* forthcoming)
2   Gallagher Evelius & Jones LLP
    218 N. Charles St., Suite 400
3   Baltimore, MD 21201
    Telephone: (410) 727-7702
4   jbragdon@gejlaw.com

5   *Counsel for Defendant Bozzuto Management*
    *Company*
6
    /s/ Diana S. Breaux
7   Diana S. Breaux, WSBA #46112
    dianab@summitlaw.com
8   Selby P. Brown, WSBA #59303
    selbyb@summitlaw.com
9   SUMMIT LAW GROUP, PLLC
    315 Fifth Avenue South
10  Suite 1000
    Seattle, WA 98104
11  Telephone: (206) 676-7058
    Facsimile: (206) 676-7001
12

13

14  /s/ David D. Cross
15  David D. Cross  (*pro hac vice*)
    dcross@mofo.com
16  Jeffrey A. Jaeckel  (*pro hac vice*)
    jjaeckel@mofo.com
17  Robert W. Manoso  (*pro hac vice*)
    rmanoso@mofo.com
18  Sonja Swanbeck (*pro hac vice*)
    sswanbeck@mofo.com
19  Morrison Foerster LLP
    2100 L Street, NW
20  Suite 900
    Washington, D.C., 20037
21  Telephone: (202) 887-1500

22  *Counsel for Defendant UDR, Inc.*
23

24
    /s/ Bradford J. Axel
25  Bradford J. Axel, WSBA #29269
    bradford.axel@stokeslaw.com
26  STOKES LAWRENCE, P.S.
    1420 Fifth Avenue, Suite 3000
27

/s/ Curt Roy Hineline
Carl W. Hittinger (*pro hac vice*)
chittinger@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

Curt Roy Hineline (WSBA No. 16317)
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

*Counsel for Defendant Equity Residential*

/s/ Maren R. Norton
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900

Charles H. Samel (*pro hac vice* forthcoming)
charles.samel@stoel.com
Edward C. Duckers (*pro hac vice*
forthcoming)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone: (415) 617-8900

George A. Guthrie (*pro hac vice*
forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA  95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management,*
*Inc.*

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

8

| | | |
|---|---|---|
| 1 | Seattle, Washington 98101-2393<br>Telephone: (206) 892-2102 | /s/ Belinda S Lee<br>Belinda S Lee (*pro hac vice* forthcoming)<br>belinda.lee@lw.com |
| 2 | | |
| 3 | Ann MacDonald (*pro hac vice* forthcoming)<br>Barry Hyman (*pro hac vice* forthcoming)<br>ann.macdonald@afslaw.com | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 4 | barry.hyman@afslaw.com | Telephone: (415) 395-8851 |
| 5 | ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100 | E. Marcellus Williamson (*pro hac vice* |
| 6 | Chicago, Illinois 60606<br>Telephone: (312) 258-5548 | forthcoming)<br>marc.williamson@lw.com |
| 7 | | LATHAM & WATKINS LLP |
| 8 | Suzanne Wahl (*pro hac vice* forthcoming)<br>suzanne.wahl@afslaw.com | 555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004 |
| 9 | ARENTFOX SCHIFF LLP<br>350 South Main Street, Suite 210 | Telephone: (202) 637-2203 |
| 10 | Ann Arbor, Michigan 48104<br>Telephone: (734) 222-1517 | *Counsel for Defendant AvalonBay<br>Communities, Inc.* |
| 11 | | |
| 12 | *Counsel for Defendant CWS Apartment Homes,<br>LLC* | |
| 13 | /s/ Britt M. Miller | |
| 14 | Britt M. Miller (*pro hac vice* forthcoming)<br>bmiller@mayerbrown.com | |
| 15 | Daniel T. Fenske (*pro hac vice* forthcoming)<br>dfenske@mayerbrown.com | |
| 16 | MAYER BROWN LLP<br>71 South Wacker Drive | |
| 17 | Chicago, IL 6006<br>Telephone: (312) 701-8663 | |
| 18 | | |
| 19 | *Counsel for Defendant Mid-America<br>Apartment Communities, Inc.* | |
| 20 | | |
| 21 | /s/ Ryan Krone<br>Ryan Krone (*pro hac vice* forthcoming) | |
| 22 | ryan.krone@akerman.com | |
| 23 | AKERMAN LLP<br>2001 Ross Avenue, Suite 3600 | |
| 24 | Dallas, TX 75201<br>Telephone: (214) 720-4308 | |
| 25 | | |
| 26 | *Counsel for Defendant ZRS Management,<br>LLC* | |
| 27 | | |

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

9

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, MidAmerica Apartment Communities, Inc., ZRS Management, LLC, Avenue5 Residential, LLC, Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc, Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, Security Properties Inc., CWS Apartment Homes, LLC, Prometheus Real Estate Group, Sares Regis Group Operating, Inc., and Mission Rock Residential, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiff and Defendants RealPage, Inc., Lincoln Property Co., Cushman & Wakefield, Inc., FPI Management, Inc., RPM Living, LLC, BH Management Services, LLC, MidAmerica Apartment Communities, Inc., ZRS Management, LLC, Avenue5 Residential, LLC, Bozzuto Management Company, AvalonBay Communities, Inc., Highmark Residential, LLC, Equity Residential, Essex Property Trust, Inc, Camden Property Trust, UDR, Inc., ConAm Management Corporation, Thrive Communities Management, LLC, Security Properties Inc., CWS Apartment Homes, LLC, Prometheus Real Estate Group, Sares Regis Group Operating,

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

10

1   Inc., and Mission Rock Residential, LLC shall file a joint status report with the Court by April

2   21, 2023.

3

4       Dated this 14th day of March, 2023.

5

6                               _MW S Lasnik_
                                Robert S. Lasnik
7                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER SUSPENDING
DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:23-cv-00198-RSL

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

11